## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        **Plaintiff,**

    v.                                              **Case No. 12-CR-137**

**ALLEN MOTLEY,**
        **Defendant.**

### ORDER

Defendant Allen Motley moves for sentence modification pursuant to 18 U.S.C. § 3582(c)(2), which permits the court to reduce the prison term of a defendant sentenced based on a guideline range subsequently lowered by the Sentencing Commission. Defendant relies on Amendment 782, which generally reduced by 2 the offense level in drug trafficking cases. Defendant is ineligible for a reduction because his range was based on the career offender guideline. Amendment 782 does not have the effect of lowering his applicable guideline range. See U.S.S.G. § 1B1.10(a)(2).

**THEREFORE, IT IS ORDERED** that defendant's motions (R. 141, 143) are **DENIED**.[1]

Dated at Milwaukee, Wisconsin, this 29th day of March, 2016.

                                          /s Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge

---

[1] Defendant also requests appointment of counsel. Federal Defender Services of Wisconsin, appointed by administrative order to represent all defendants serving sentences imposed in the Eastern District of Wisconsin who might be eligible for sentencing relief under Amendment 782, reviewed the case but declined to file anything supplementing defendant's pro se submissions.